# THE MARKS LAW FIRM, P.C.

May 14, 2021

**Via ECF:**
Hon. Barbara Moses
United States Magistrate Judge
United States District Court
500 Pearl Street, Courtroom 20A
New York, New York 10007

**MEMO ENDORSED**

RE: **Graciela Doncouse v. Village Gas, Inc. et al**
Index: 1:20-cv-10147-PAE-BCM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/17/21__

Dear Judge Moses,

Plaintiff respectfully requests an extension of the time to file an amended Complaint or dismiss defendant Village Gas, Inc. in the above referenced matter. The Parties are currently engaged in settlement negotiations and are close to a resolution. Therefore, Plaintiff requests an additional two weeks (14 days) for the Parties to attempt to come to a resolution prior to further litigation.

We thank you and the Court for its time and consideration on this matter.

Application GRANTED. Plaintiff shall amend the Complaint or dismiss defendant Village Gas, Inc. no later than **June 1, 2021**. Any motion to amend or to join additional parties filed after the deadline in this paragraph will be subject to the "good cause" standard in Fed. R. Civ. P. 16(b)(4) rather than the more lenient standards of Fed. R. Civ. P. 15(a) and 21. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
May 17, 2021

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
Bradly G. Marks

54 W 40th St, Suite 1131, New York, New York 10018
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com